IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE SOLANO, <br><br> Plaintiff, <br><br> v. <br><br> AMERICA'S SERVICING COMPANY, a division of WELLS FARGO, NA; WELLS FARGO, NA; MORTGAGEIT, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NDEX WEST, L.L.C; FINANCIAL TITLE COMPANY; U.S. BANK NA; BANC OF AMERICA FUNDING 2007-6 TRUST; MORTGAGE AND INVESTORS INVESTMENT CONSULTANTS, INC.; and DOES 1-10,000, inclusive, <br><br> Defendants. | 2:10-cv-02426-GEB-GGH <br><br> <u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE</u> |

        The Joint Status Report filed January 28, 2011, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference set for February 14, 2011, is continued to March 28, 2011, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to Status Conference.

        Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that any defendant not served within the 120 day period prescribed in that Rule may be dismissed as defendants in this action unless Plaintiff provides proof of service or "shows good

1

1  cause for the failure" to serve within this prescribed period in a
2  filing due no later than 4:00 p.m. on February 14, 2011.
3       IT IS SO ORDERED.
4  Dated: February 9, 2011

                _____
                GARLAND E. BURRELL, JR.
                United States District Judge