Lorenzo E. Gasparetti (SBN 135976)
lgasparetti@reedsmith.com
Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
MortgageIT, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE SOLANO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AMERICA'S SERVICING COMPANY, a division of WELLS FARGO, NA; WELLS FARGO, NA; MORTGAGEIT, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NDEX WEST, L.L.C.; FINANCIAL TITLE COMPANY; U.S. BANK NA; BANC OF AMERICA FUNDING 2007-6 TRUST; MORTGAGE AND INVESTORS INVESTMENT CONSULTANTS, INC.; and DOES 1-10,000, inclusive,<br><br>　　　　　Defendants. | No.: 2:10-cv-02426 GEB GGH<br><br>**JOINT STIPULATION TO MODIFY STATUS ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE; [PROPOSED] ORDER MODIFYING STATUS ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE**<br><br>Compl. Filed:　September 10, 2010<br>Trial Date:　　Not Yet Assigned<br><br>Honorable Garland E. Burrell |

**RECITALS**

1. Plaintiff Constance Solano ("Plaintiff") filed the Complaint in this matter on September 10, 2010.

2. Defendant MortgageIT, Inc. ("MortgageIT") filed a Motion to Dismiss and a Motion to Strike Portions of the Complaint on November 12, 2010. The hearing on MortgageIT's motions was set for January 24, 2011.

3. On December 2, 2010, defendant NDEX West, LLC ("NDEX") filed a joinder in MortgageIT's Motion to Dismiss.

4. Defendants Wells Fargo Bank, N.A. dba America's Servicing Company ("ASC"), U.S. Bank, N.A. dba Banc of America Funding 2007-6 Trust ("Banc of America Funding") and Mortgage Electronic Registration Systems, Inc. ("MERS") filed a Motion to Dismiss the Complaint on December 20, 2010. The hearing on defendants' Motion to Dismiss was also set for January 24, 2011.

5. On January 21, 2011, the Court notified the parties that it was taking all pending motions to dismiss and MortgageIT's motion to strike under submission without oral argument.

6. On March 14, 2011, the parties submitted a Joint Status Conference Report.

7. On March 23, 2011, the Court issued its Status Order vacating the Status Conference set for March 28, 2011, and setting the case for trial on June 5, 2012. The Status Order also set forth the following pre-trial deadlines and cut-offs:

    Discovery Cut-Off:    October 19, 2011
    Initial Expert Witness Disclosures:    May 20, 2011

      Rebuttal Expert Witness Disclosures:      June 20, 2011

      Motion Cut-Off:      December 19, 2011

      Final Pre-Trial Conference:      March 5, 2012

8. The parties have agreed to defer the exchange of initial disclosures until such time as the pleadings are set.

9. By Order dated May 3, 2011, the Court granted Defendants' Motions to Dismiss With and Without Prejudice. Several of Plaintiffs' claims were dismissed with prejudice, and the remainder were dismissed without prejudice. As to those claims for which the Court granted Plaintiff leave to amend, Plaintiff must file any amended complaint within 14 days, or by May 17, 2011.

10. Currently, there is no operative complaint pending in this matter.

## **STIPULATION**

The parties believe that an extension of the expert disclosure deadline and an extension of the rebuttal expert disclosure deadline are necessary given that there is no operative complaint pending in this matter. To that end and subject to the Court's approval, the parties stipulate that: (1) the initial expert witness disclosure deadline shall be extended from May 20, 2011, to October 20, 2011; and (2) the rebuttal expert witness disclosure deadline shall be extended from June 20, 2011, to November 21, 2011.

DATED: May 6, 2011.      LAW OFFICES OF HOLLY S. BURGESS

      By   /s/ Holly S. Burgess
      Holly S. Burgess
      Attorneys for Plaintiff
      Constance Solano

| | | |
|---|---|---|
| 1 | DATED:  May 6, 2011. | BARRETT, DAFFIN, FRAPPIER, TREDIER & WEISS, LLP |
| 3 | | By   /s/ Masumi Patel |
| 4 | | Masumi Patel<br>Attorneys for Defendant<br>NDEX West, LLC |
| 7 | DATED:  May 6, 2011. | SEVERSON AND WERSON |
| 9 | | By   /s/ Joshua E. Whitehair |
| 10 | | Joshua E. Whitehair<br>Attorneys for Defendant<br>Mortgage Electronic Registration Systems, Inc., Wells Fargo Bank, N.A. dba America's Servicing Company, and U.S. Bank, N.A. dba Banc of America Funding 2007-6 Trust |
| 14 | DATED:  May 6, 2011. | REED SMITH LLP |
| 16 | | By   /s/ Karen A. Braje |
| 17 | | Lorenzo Gasparetti (SBN 135976)<br>Karen A. Braje (SBN 193900)<br>Attorneys for Defendant<br>MortgageIT, Inc. |

JOINT STIPULATION TO MODIFY STATUS ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE; [PROPOSED] ORDER

**[PROPOSED] ORDER MODIFYING STATUS ORDER**

Having considered the parties' Stipulation, the Status Order dated March 23, 2011, is hereby modified such that: (1) the initial expert witness disclosure deadline shall be extended from May 20, 2011, to October 20, 2011; and (2) the rebuttal expert witness disclosure deadline shall be extended from June 20, 2011, to November 21, 2011.

IT IS SO ORDERED.

**Date: 5/10/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge