IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE SOLANO and the SOLANO FAMILY TRUST,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICA'S SERVICING COMPANY, a division of WELLS FARGO, NA; WELLS FARGO, NA; MORTGAGEIT, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NDEX WEST, L.L.C; FINANCIAL TITLE COMPANY; U.S. BANK NA; BANC OF AMERICA FUNDING 2007-6 TRUST; MORTGAGE AND INVESTORS INVESTMENT CONSULTANTS, INC.;<br><br>        Defendants.<br>_____ | 2:10-cv-02426-GEB-GGH<br><br><u>ORDER MODIFYING STATUS</u><br><u>(PRETRIAL SCHEDULING) ORDER</u> |

        On September 26, 2011 the parties filed a "Joint Stipulation to vacate Trial Date or, in the alternative, to Modify Status Order to Extend Discovery and Expert Disclosure Deadlines[.]" (ECF No. 53.) The Order will be amended but not precisely as the parties propose, since all proposed modifications are not practicable. Therefore, the Status (Pretrial Scheduling) Order is modified as follows.

        All discovery shall be completed by June 13, 2012.

        Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on or before January 24, 2012, and any contradictory and/or rebuttal expert

disclosure authorized under Rule 26(a)(2)(D)(ii) on or before March 1, 2012.

The last hearing date for motions shall be August 13, 2012, commencing at 9:00 a.m.

The final pretrial conference is set for October 15, 2012, commencing at 1:30 p.m.

Trial commences at 9:00 a.m. on January 22, 2013.

Dated:   October 6, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge