1  MARY KATE SULLIVAN (State Bar No. 180203)
   NATILEE S. RIEDMAN (State Bar No. 257871)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
4  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
5

6  Attorneys for Defendants
   WELLS FARGO BANK, N.A. d/b/a
7  AMERICA'S SERVICING COMPANY,
   MORTGAGE ELECTRONIC
8  REGISTRATION SYSTEMS, INC., U.S.
   BANK, N.A. AS TRUSTEE FOR BANC
9  OF AMERICA FUNDING 2007-6 TRUST

10
                    UNITED STATES DISTRICT COURT
11
                    EASTERN DISTRICT OF CALIFORNIA
12

13

| | |
|---|---|
| CONSTANCE SOLANO and the SOLANO FAMILY TRUST<br><br>    Plaintiffs,<br><br>    vs.<br><br>AMERICA'S SERVICING COMPANY, a division of WELLS FARGO, N.A.; WELLS FARGO, NA; MORTGAGEIT, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NDEX WEST, LLC; FINANCIAL TITLE COMPANY; U.S. BANK NA; BANC OF AMERICA FUNDING 2007-6 TRUST; MORTGAGE AND INVESTORS INVESTMENT CONSULTANTS, INC. and DOES 1-10,000, inclusive,<br><br>    Defendants. | Case No.:  2:10-cv-02426-GEB-GGH<br><br>**[PROPOSED] ORDER EXPUNGING LIS PENDENS** |

1 On October 25, 2011, the Court entered an order, dismissing this lawsuit in its entirety and
2 with prejudice.  (Docket entry no. 56.)  A true and correct copy of the Court's order is attached
3 hereto as **exhibit A**.  A true and correct copy of the Court's corresponding judgment of dismissal
4 (docket entry no. 57) is attached hereto as **exhibit B**.

5 In connection with the filing of this action, on September 13, 2010, Plaintiffs recorded a
6 lis pendens in the official records of Placer County as document 2010-0071698-00 ("Lis
7 Pendens")[1].  A true and correct copy of the Lis Pendens is attached hereto as **exhibit C**.

8 As this matter has been dismissed, the case is no longer pending and the Lis Pendens
9 should be expunged.

10 GOOD CAUSE APPEARING,

11 **IT IS HEREBY ORDERED** that the Lis Pendens recorded on September 13, 2010 in the
12 Placer County Recorder's Office as document number 2010-0071698-00 is hereby expunged.

13 **IT IS SO ORDERED.**

14 **Date:  2/21/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The document recorded in the official records of Placer County is five pages long.  The fifth page of the recorded document constitutes a proof of service of notice of unavailability, which appears to have been mistakenly included at the time the Lis Pendens was recorded.